**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2153**

_____

DOUGLAS MICHAEL VANVLEET,

            Plaintiff – Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant – Appellee.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Chief District Judge.  (1:10-cv-00523-JAB-PTS)

_____

Submitted:  January 13, 2011          Decided:  January 18, 2011

_____

Before MOTZ, KING, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Douglas Michael Vanvleet, Appellant Pro Se.  Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Michael Vanvleet seeks to appeal the district court's order dismissing without prejudice Vanvleet's civil complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Vanvleet seeks to appeal is neither a final order nor an appealable interlocutory or collateral order because it is possible for Vanvleet to cure the deficiencies in the complaint as noted by the magistrate judge. See Domino Sugar Corp. v. Sugar Workers Local Union, 10 F.3d 1064, 1067 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED